IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBORAH WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-02045-N |
| | § | |
| SSC DALLAS OPERATING CO., LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

This Order addresses Plaintiff Deborah Williams' motion to remand [5], and Defendants SSC Dallas Operating Co., LLC, Individually and d/b/a The Meadows Health and Rehabilitation Center; SavaSeniorCare Administrative Services, LLC; SavaSeniorCare Consulting, LLC; and SavaSeniorCare, LLC's motion to remand [9]. The parties have each requested that the Court remand this case. Having considered the motions to remand, the Court finds that they should be and are hereby granted.

It is therefore ordered that this case is remanded to the 95th District Court of Dallas County, Texas.

Signed January 5, 2017.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE